LAW OFFICES OF
# Scott B. Tulman & Associates, PLLC

THE HELMSLEY BUILDING
230 PARK AVENUE
18TH FLOOR
NEW YORK, NEW YORK 10169
(212) 867-3600
TELECOPIER: (212) 867-1914

WWW.TULMANLAW.COM

June 3, 2021

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    United States v. Ramiz Povataj
              15 Cr. 663 (CM)

Dear Chief Judge McMahon:

I represent Ramiz Povataj in connection with this pending Violation of Supervised Release proceeding ("VOSR"). By this letter, I request that the hearing scheduled for be adjourned to June 23, 2021, at 12:00 p.m., and that the proceeding be conducted remotely. The adjournment is requested so that my client and I can review recently provided discovery so we can determine whether a pre-hearing disposition can be worked out between the parties.

The Government consents to this adjournment.

[handwritten: June 9, 2021]

Respectfully submitted,

Scott B. Tulman

SBT:ss
cc: Kimberly Ravener, Esq., AUSA

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/21

[handwritten endorsement:]
MEMO ENDORSED
6/3/21
VOSR Proceeding adjourned to June 23, 2021, at defendant's request.
[signed] Colleen McMahon