UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>NEDZAD KORAC,<br>　　　　　　　　　Defendant. | No. 1:15CR00663-1<br><br>ORDER |

Colleen McMahon, Senior U.S. District Judge:

IT IS HEREBY ORDERED THAT, Mr. Nedzad Korac be placed on Location Monitoring as a special condition of Supervise Release until such time as this condition is suspended or removed. Mr. Korac must be monitored by the form of location monitoring indicated below and must abide by all technology requirements. Mr. Korac must pay all or part of the costs of participation in the location monitoring program as directed by the court and the probation officer.

　　X　Location monitoring technology at the discretion of the officer

SO ORDERED.

Dated: 3/24/23
New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　Colleen McMahon
　　　　　　　　　　　　　　　　　　　　　　　　　Senior U.S. District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/23