# JEFFREY P. CHARTIER, ESQ.
2027 Williamsbridge Road
Bronx, New York 10461
(718) 892-8588 ◯ Fax (718) 518-0674

*MEMO ENDORSED*

*6/14/23*

June 14, 2023

**VIA ECF**
The Honorable Colleen McMahon
District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

*VOSR Proceeding is Adjourned to Sept. 14, 2023 at 11:30 AM.*

Re: **USA v. Korac, et al**
1:15-cr-00663-CM-1

*[signature: Colleen McMahon]*

Dear Judge McMahon:

    I am Nedzad Korac's attorney. Mr. Korac is scheduled before this Court for a status conference on the pending violation of his supervised release petition. This is scheduled for Thursday, June 15, 2023, at 12:00 p.m.

    I have been in contact with Mr. Korac's attorney in New Jersey who advised me that the New Jersey matter is still pending. There has been no grand jury action to date and no current court appearances. In light of these facts, we request that the matter before Your Honor be adjourned. This will enable us to learn more about the New Jersey matter.

    I respectfully suggest that this matter be adjourned for at least one or two months, to a date that is most convenient for the Court. I have communicated with the government and they support this request.

Respectfully submitted,

\_\_\_\_\_/s/ JPC9318\_\_\_\_\_
JEFFREY P. CHARTIER

JPC/cs

cc: AUSA Kimberly J. Ravener via ECF
Benjamin M. Burkett, DOJ-USAO via ECF
Probation Officer Jennifer Rose via E-mail

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/14/23