

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 3, 2023

MEMO ENDORSED

VOSR Proceeding adj
to Dec. 7, 2023
At 11:00 AM.

*/s/ Colleen McMahon*

**BY ECF**
The Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007

Re:   *United States v. Nedzad Korac,* **15 Cr. 663 (CM)**

Dear Judge McMahon:

The Government writes with respect to the conference scheduled for today, October 3, 2023, in the above-referenced matter. The Government respectfully requests, with the consent of defense counsel, that today's conference be adjourned to December 7, 2023, at 11:00 a.m.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: */s/ Benjamin M. Burkett*
Benjamin M. Burkett
Assistant United States Attorney
(212) 637-2455

Cc:   Counsel of Record (ECF)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/23
```